PROB 12B
(7/93)

Report Date: June 9, 2006

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

JUN 1 4 2006

### Eastern District of Washington

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robin Charles Green              Case Number: 2:05CR00033-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 6/6/2005                Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled     Date Supervision Commenced: 06/09/2006
Substance, Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 12 Months; TSR - 36    Date Supervision Expires: 06/08/2009
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification with the offender's consent.

Respectfully submitted,

by [signature]

Richard B. Law
U.S. Probation Officer
Date: June 9, 2006

Prob 12B
**Re: Green, Robin Charles**
**June 9, 2006**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/14/06
_____
Date

✎PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

Witness: _____        Signed: _____
        Richard B. Law                          Robin Charles Green
        U.S. Probation Officer                  Probationer or Supervised Releasee

                    June 9, 2006
                       Date