PROB 12B
(7/93)

Report Date: December 1, 2006

# United States District Court

for the

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 8 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Robin Charles Green                Case Number: 2:05CR00033-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 06/06/2005                Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled       Date Supervision Commenced: 06/09/2006
Substance, Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 12 Months;               Date Supervision Expires: 06/08/2009
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Green failed to report for urinalysis testing on September 29, 2006, October 20, 2006, and November 28, 2006. He further submitted a urine specimen that was confirmed positive for cocaine on November 8, 2006. It is apparent that he continues to struggle with his addiction to cocaine. Attempts have been made to have Mr. Green placed into an inpatient treatment facility. Specifically, Mr. Green attempted to secure inpatient treatment placement through the Spokane Tribe of Indians. However, he failed to follow through with an appointment to complete this process. Additionally, the undersigned officer referred Mr. Green to Community Detox Services of Spokane, which Mr. Green followed through with on November 29, 2006. However, they did not have bed space available for him at that time. He was to follow-up with Community Detox Services on November 30, 2006, but has failed to maintain contact with the undersigned officer regarding this matter. Subsequently, the above modification is being requested at this time to facilitate Mr. Green's placement in a clean and sober environment where further attempts can be made to have him placed in an inpatient treatment program or at the very least, an intensive outpatient treatment program. The undersigned officer's intention for Mr. Green's placement at a residential reentry center were to have him placed there following completion of inpatient treatment. However, given the defendant's current on going non compliance, it appears appropriate to intervene as soon as possible.

RECEIVED
DEC 0 4 2006
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

by Respectfully submitted,

Richard B. Law
U.S. Probation Officer
Date: December 1, 2006

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

12/8/06
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____    Signed: _____
Richard B. Law                                Robin Charles Green
U.S. Probation Officer                       Probationer or Supervised Releasee

November 29, 2006
Date