PROB 12B
(7/93)

Report Date: March 27, 2008

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robin Charles Green         Case Number: 2:05CR00033-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 06/06/2005         Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled        Date Supervision Commenced: 06/09/2006
Substance, Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 12 Months;         Date Supervision Expires: 06/08/2009
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Robin Green was discharged from the Eastern District of Washington Sobriety Treatment and Education Program (STEP) on January 10, 2008. Following his discharge from said program, he avoided meeting with the undersigned officer to re-engage in treatment and testing services. On February 19, 2008, he met with the undersigned officer after failing to report on two prior occasions, and was verbally reprimanded for his failure to follow through with substance abuse counseling with the Spokane Tribe of Indians. He was further reprimanded for his ongoing failure to report for random drug testing. Following contact with Mr. Green, he reported for one random urine specimen test on February 26, 2008. To date, Mr. Green has missed all random urinalysis tests for March 2008.

Mr. Green was again reprimanded by the undersigned officer on March 27, 2008. At that time, sanctions for his ongoing noncompliance were discussed, as well as appropriate steps to address his behavior. The above modification will allow Mr. Green to participate in substance abuse counseling, secure employment, and refocus his efforts to lead a law abiding lifestyle. He has agreed to said modification as evidenced by the attached signed waiver.



Prob 12B
**Re: Green, Robin Charles**
**March 27, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/27/08

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

3/28/08
Date