PROB 12B
(7/93)

Report Date: September 10, 2009

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 15 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

for the

Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robin Charles Green          Case Number: 2:05CR00033-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 06/06/2005          Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled          Date Supervision Commenced: 10/31/2008
Substance, Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 12 months;          Date Supervision Expires: 05/02/2010
TSR - 36 months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Robin Green was unsuccessfully discharged from outpatient substance abuse treatment on August 18, 2009. This was following his placement on a last-chance contract that was the result of repeated failures to attend classes. Additionally, Mr. Green failed to report for random urinalysis testing on August 19, and 29, 2009. On September 8, 2009, the undersigned officer met with Mr. Green and discussed his on-going failure to comply with substance abuse treatment and testing. At that time, the defendant admitted that he had recently consumed alcohol and cocaine, and provided a urine specimen that initially tested positive for cocaine. A plan was established in an attempt to assist Mr. Green once again with his struggle to maintain sobriety. Specifically, the undersigned officer arranged to have Mr. Green enter into a 21-inpatient substance abuse treatment program. This program is scheduled to commence on September 18, 2009. Following his completion of the inpatient program, his placement at a Residential Reentry Center (RRC) as indicated in the above modification of conditions, will provide a clean and sober environment to further assist Mr. Green's recovery. He has agreed to this modification and a signed waiver of hearing to modify conditions of supervised release is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-10-09

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/15/09
Date