PROB 12C
(7/93)

# United States District Court

Report Date: March 29, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 30 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robin Charles Green            Case Number: 2:05CR00033-001

Address of Offender:

Name of Sentencing Judicial Officer: the Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 06/06/2005

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 10/31/2008 |
| Defense Attorney: | Kathleen Moran | Date Supervision Expires: 03/02/2011 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 10, 2010, Spokane Tribal Police were dispatched to Kurts Korner Store in Ford, Washington, in reference to an assault. Upon arrival, officers learned that Melvin Peone had been assaulted by Robin Green. When questioned by officers, Mr Green indicated that Mr. Peone had hit his daughter, so he hit him two times in the head. Subsequently, Mr. Green was arrested for second degree assault. Charges remain pending in the Spokane Tribal Court. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 20, 2010, Robin Green was observed by Spokane Tribal Police driving in excess of 100 miles per hour. After attempting to catch up to him for 3 miles, officers stopped pursuing him for public safety reasons. Fifteen minutes after the pursuit, Mr. Green was again observed by Spokane Tribal Police, and a stop was conducted for excessive speed. He admitted to the officer that he had been driving over 100 miles per hour earlier, as observed by officers. He was cited for speeding and directed by officers to |

Prob12C
Re: Green, Robin Charles
March 29, 2010
Page 2

                go park his vehicle. Mr. Green was again observed by Spokane Tribal officers driving in a reckless manner. Officers observed Mr. Green burning his tires and peeling out through an intersection, sliding across both lanes of traffic, almost colliding with a small truck, and nearly hitting a child in the roadway, who was running to get out of the way. Officers again conducted a traffic stop and arrested Mr. Green for the offense of reckless driving.

3      **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: On March 20, 2010, when Mr. Green was arrested by Tribal Police officials for reckless driving, he admitted to officers that he had consumed beer. Additionally, Mr. Green submitted to portable blood alcohol content test, which indicated his blood alcohol level was .018. It should be noted that this arrest occurred at 9:45 am.

4      **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

        **Supporting Evidence**: Mr. Green failed to report the above noted arrests to the undersigned officer as required. He disclosed his arrest to this officer on March 25, 2010, during an unannounced home contact at his residence. He was verbally reprimanded at that time, and indicated that he knew he should have reported his arrest immediately to the probation office.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/29/2010

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
**Re: Green, Robin Charles**
**March 29, 2010**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/30/10
Date