PROB 12C
(7/93)

Report Date: April 8, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robin Charles Green     Case Number: 2:05CR00033-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 06/06/2005

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 10/31/2008 |
| Defense Attorney: | Kathleen Moran | Date Supervision Expires: 03/02/2011 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 29, 2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 31, 2010, Robin Green failed to report for urinalysis testing as directed. On April 1, 2010, Robin Green submitted a urine specimen at the U.S. Probation Office. Said specimen has been confirmed positive for cocaine. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/08/2010

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Green, Robin Charles
April 8, 2010
Page 2

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

4/8/10
_____
Date