PROB 12C
(7/93)

Report Date: April 19, 2010

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Robin Charles Green          Case Number: 2:05CR00033-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 06/06/2005

Original Offense:     Distribution of a Controlled Substance, Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 12 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Pamela J. Byerly             Date Supervision Commenced: 10/31/2008

Defense Attorney:     Kathleen Moran               Date Supervision Expires: 03/02/2011

## PETITIONING THE COURT

To issue a warrant for the arrest of Robin C. Green, and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 29, and April 8, 2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Special Condition # 16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On April 16, 2010, the undersigned officer was notified by Spokane Tribal Police that Robin Green had been involved in a traffic accident. It was further reported that Mr. Green had struck a pedestrian who was walking along side the road. When Mr. Green was contacted by police following the accident, he was found to be under the influence of alcohol. At the time of the accident, Mr. Green's blood alcohol content level was .059 and .062. |

Prob12C
Re: Green, Robin Charles
April 19, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/19/2010

s/ Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*(signed)*
Signature of Judicial Officer

4/19/10
Date